UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA PRESNELL, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C20-1353JLR<br><br>ORDER OF REFERENCE |

This action is assigned to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear the cause number C20-1353JLR-MLP. The court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge Michelle L. Peterson all motions to amend or supplement the

ORDER - 1

1 pleadings under Federal Rule of Civil Procedure 15, and all motions related to discovery
2 disputes, including but not limited to motions to compel discovery, motions for a
3 protective order related to discovery, and motions related to issues of privilege.  *See* 28
4 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a).  Federal Rule of Civil
5 Procedure 72(a) governs any objections to Magistrate Judge Michelle L. Peterson's
6 rulings concerning the above-described discovery motions.  *See* Fed. R. Civ. P. 72(a);
7 Local Rules W.D. Wash. MJR 3(b).

8 Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court
9 also hereby refers to Magistrate Judge Michelle L. Peterson for preparation of a report
10 and recommendation all motions (1) for a temporary restraining order pursuant to Federal
11 Rule of Civil Procedure 65(b);[1] (2) for judgment on the pleadings pursuant to Federal
12 Rule of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure
13 12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b).
14 *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3).  Federal Rule of Civil
15 Procedure 72(b) governs any further proceedings in this court after Magistrate Judge
16 Michelle L. Peterson files a report and recommendation.  *See* Fed. R. Civ. P. 72(b); Local
17 Rules W.D. Wash. MJR 4(c).

18 Accordingly, the court ORDERS that the above-entitled action is referred to
19 Magistrate Judge Michelle L. Peterson for the specific purposes and types of motions
20 described herein.  The court further DIRECTS and EMPOWERS Magistrate Judge

---

[1] For motions for a temporary restraining order, Magistrate Judge Michelle L. Peterson is authorized to prepare the order as recommended for the undersigned's signature.

1    Michelle L. Peterson to conduct hearings and make further necessary orders consistent

2    with 28 U.S.C. § 636, the local rules, and this order.

3          Dated this 17th day of November, 2020.

                                            JAMES L. ROBART
                                            United States District Judge

ORDER - 3